IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RANDAL L. BROWN, | ) | Civil No. 3:08-CV-5706-KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

Based on the stipulation of the parties it is hereby ORDERED, that attorney fees and expenses in the amount of $3,686.01, pursuant to 28 U.S.C. § 2412, and costs in the amount of $379.00, pursuant to 28 U.S.C. § 1920, shall be awarded to the Plaintiff. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

ORDER FOR ATTORNEY FEES  [3:08-CV-5706-KLS] -1

DATED this 28th day of August, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@qwestoffice.net

ORDER FOR ATTORNEY FEES  [3:08-CV-5706-KLS] -2